**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01903-ZLW

CARLTON DUNBAR,

    Plaintiff,

v.

WARDEN RIOS,
LIEUTENANT RICHIE,
LIEUTENANT HAPNEY,
DOCTOR BAHDRA,
NURSE MCENTYRE,
DHO MRS. PARR,
S.I.S. STUMBO,
C.O. MEEK,
CAPTAIN GORDOZE,
LIEUTENANT SNYDER,
DOCTOR PABLO-CRUZ,
NURSE MAYNARD,
NURSE ENDECOTT,
PSYCHOLOGIST DR. KING,
CHAPLAIN NEVEN,
C.O. J. HALL,
C.O. J. STEPHENS,
C.O. BROWN,
C.O. TOMPKINS,
C.O. DELONG,
C.O. ADAMS, and
UNKNOWN (B.O.P.) OFFICIALS,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to Voluntarily Dismiss Case" filed on October 22, 2009, is DENIED as moot because this action was transferred to the United States District Court for the Eastern District of Kentucky by an order signed on October 21, 2009.

Dated: October 27, 2009